# United States Court of Appeals for the Federal Circuit

December 20, 2011

**ERRATA**

Appeal No. 2010-1345

**HITACHI HOME ELECTRONICS (AMERICA), INC.**

**v.**

**UNITED STATES**

Decided:  October 31, 2011
Precedential Opinion

Please make the following change:

Page 10, lines 27-28, change "Commerce" to --Customs--.